## ROGER ROY *v.* GENERAL DYNAMICS CORPORATION, ELECTRIC BOAT DIVISION, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 924 (AC 17118), is denied.

*Roger Roy,* pro se, in support of the petition.

Decided March 5, 1998

## NORTHEAST SAVINGS, F.A. *v.* JACK S. SCHERBAN ET AL.

The defendants Jack S. Scherban and Andrea L. Scherban's petition for certification for appeal from the Appellate Court, 47 Conn. App. 225 (AC 16705), is denied.

*M. Dean Montgomery,* in support of the petition.

*Elaine M. Scanlon,* in opposition.

Decided March 5, 1998